LAW OFFICES OF
**JOSEPH M. LOVRETOVICH**
5941 Variel Avenue
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
ELLEN E. COHEN, STATE BAR NO. 258131

Attorneys for Plaintiff Richard Gathenji

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GATHENJI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AUTOZONE, INC. a Nevada Corporation; RICK TORRES, an individual; and DOES 1 through 100, inclusive <br><br> Defendants. | Case No. 1:08-cv-01941-LJO-BAK SMS <br><br> **STIPULATION AND ORDER TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> Complaint Filed: December 19, 2008 |

**IT IS HEREBY STIPULATED,** pursuant to Federal Rule of Civil Procedure 15(a), and by and between the parties, through their respective counsel of records, as follows:

1. Where as Plaintiff has designated a Defendant in the complaint by the incorrect name of AUTOZONE, INC., a Nevada Corporation;

2. Where as Plaintiff has discovered the true name of the Defendant to be AUTOZONERS, LLC;

3. Therefore, Plaintiff and Defendant AUTOZONE, INC. hereby stipulate to amend the Complaint, and all pleadings flowing there from by substituting the true names of Defendant AUTOZONERS, LLC for the incorrect name of AUTOZONE, INC., wherever it appears in the Complaint, and all pleadings flowing there from.

1

**STIPULATION AND [PROPOSED] ORDER TO AMENDED COMPLAINT**

PDF created with pdfFactory trial version www.pdffactory.com

4. Plaintiff's First Amended Complaint attached hereto as Exhibit A will be deemed filed on the date that this order is signed.

5. The parties further stipulate that the amendment will date and relate back to the filing of the original Complaint.

6. The parties further stipulate Defendants' Answer currently filed will be deemed sufficient for the amended Complaint.

DATED: 4/6/2009  LAW OFFICES OF JOSEPH M. LOVRETOVICH

By: /s/ Joseph M. Lovretovich
Joseph M. Lovretovich
Attorney for Plaintiff

DATED: 4/6/2009  LITTLER MENDELSON

By: /s/ Daniel J. Cravens
Daniel J. Cravens
Attorney for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, CA 91367
(818) 610-8800

# **ORDER**

The parties having fully executed and filed the above Stipulation in this matter with the Court (Doc. 17) and said Stipulation conforming to the agreement of the parties reached at the Initial Scheduling Conference held hereon on March 25, 2009, **Plaintiff's shall file their First Amended Complaint within five (5) days from Service of this Order**. That amendment will date and relate back to the filing of the original Complaint; and Defendants' Answer currently filed will be deemed sufficient for the First Amended Complaint.

IT IS SO ORDERED.

Dated: 4/10/2009

      /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE
Honorable Sandra M. Snyder

PDF created with pdfFactory trial version www.pdffactory.com