JOSEPH M. LOVRETOVICH, STATE BAR NO. 73403
ELLEN E. COHEN, STATE BAR NO. 258131
E-Mail: Ecohen@jmllaw.com
Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, California 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

Attorneys for Plaintiff
RICHARD GATHENJI

DANIEL J. CRAVENS, Bar No. 207859
E-Mail: dcravens@littler.com
KHATEREH SAGE FAHIMI, Bar No. 252152
E-Mail: sfahimi@littler.com
LITTLER MENDELSON
A Professional Corporation
5200 North Palm Avenue
Suite 302
Fresno, CA  93704.2225
Telephone:    559.244.7500
Facsimile:    559.244.7525

Attorneys for Defendants
AUTOZONERS, LLC AND RICK TORRES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GATHENJI, an individual, | Case No. 1:08-CV-01941-LJO-JLT |
| Plaintiff, | STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE DATE |
| v. | |
| AUTOZONERS, LLC (erroneously sued as AUTOZONE, INC., a Nevada Corporation); RICK TORRES, an individual; and DOES 1 through 100, inclusive, | Magistrate Judge Thurston |
| Defendants. | Trial Date:          July 12, 2010<br>Complaint Filed:  December 18, 2008 |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of records, as follows:

1

1. On April 2, 2009 the Court issued its Scheduling Order setting the Mandatory Settlement Conference date of January 20, 2010.

2. On January 19, 2010 the Court issued a Minute Order vacating the Mandatory Settlement Conference scheduled for January 20, 2010 due to the passing of an immediate family member of Defendant's counsel and further ordered that parties stipulated to a new Mandatory Settlement Conference date no later than February 2, 2010.

3. The parties agree and hereby stipulate to and request that:

    a. The Mandatory Settlement Conference be set for March 18, 2010.

    b. The last day to submit the Confidential Settlement Conference Statement be set for March 11, 2010.

4. The Parties agree that the remainder of the Court ordered deadlines may remain as previously ordered but also agree to changes in subsequent deadlines the court may deem necessary.

Respectfully submitted,

Dated: February 2, 2010

/S/
JOSEPH M. LOVRETOVICH
ELLEN E. COHEN
LAW OFFICES OF JOSEPH M. LOVRETOVICH
Attorneys for Plaintiff RICHARD GATHENJI

Dated: February 2, 2010

/S/
DANIEL J. CRAVENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AUTOZONERS, LLC AND RICK TORRES

IT IS SO ORDERED.

Dated: **February 3, 2010**            /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2