**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD GATHENJI ) | Case No.: 1:08-cv-01941-LJO-JLT |
| Plaintiff, ) | |
| ) | ORDER SETTING SCHEDULING |
| v. ) | CONFERENCE ON JUNE 9, 2010 |
| ) | |
| AUTOZONE INC., and RICK ) TORRES ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The Court **ORDERS**,

1. That a Scheduling Conference will be set on June 9, 2010 at 9:00 a.m. at the United States Bankruptcy Courtroom at 1300 18th Street, Bakersfield, California.

2. The parties are ordered to file a Joint Scheduling Conference statement no later than June 4, 2010. In the joint statement, the parties shall:

   A. Detail the current status of the matter, including whether any amendments to the pleading are anticipated. If an amended pleading is anticipated, the joint statement shall set forth the nature of the proposed amendment and whether there is any opposition to the proposed amendment;

   B. A proposed deadline for amendments to pleadings, if any are anticipated;

   C. Any impediments for scheduling the trial and pretrial conference;

    D. Proposed dates for trial and pretrial conference (a date not later than six weeks before trial).

  3. If the parties wish to appear by telephone, they shall indicate this on the face of the Joint Scheduling Conference Statement. Parties wishing to appear by telephone, must make arrangements to do so with CourtCall.

IT IS SO ORDERED.

Dated:  **May 26, 2010**            **/s/ Jennifer L. Thurston**
                     UNITED STATES MAGISTRATE JUDGE