# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GATHENJI, | CASE NO. 1:08-cv-01941-LJO-JLT |
| Plaintiff, | |
| v. | ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT AND SETTING FURTHER SCHEDULING CONFERENCE |
| AUTOZONEERS, LLC., et al., | |
| Defendants. / | |

A scheduling conference in this matter was held on June 9, 2010.  Accordingly, IT IS ORDERED that:

1. Upon the stipulation of the parties, a Second Amended Complaint may be filed no later than June 16, 2010.  The Second Amended Complaint shall allege that the EEOC issued a right to sue letter to Plaintiff with respect to any new defendants;

2. A further Scheduling Conference is set for Thursday, August 5, 2010 at 9:00 at 1300 18th Street in Bakersfield, California.

4. The Parties shall file an Amended Joint Scheduling Conference Statement at least five (5) days prior to the hearing date that proposes dates for all pertinent events.  The parties may request to appear by telephone but they must make this request on the face page of their Joint Scheduling Conference Statement; and

1

5. Plaintiff shall serve a copy of this order upon any new defendant or their counsel.

IT IS SO ORDERED.

Dated:   **June 9, 2010**                                                                     **/s/ Jennifer L. Thurston**
                                                                                  UNITED STATES MAGISTRATE JUDGE

2