IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD GATHENJI, | CASE NO. CV-F-08-1941 LJO JLT |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| AUTOZONERS, LLC, and RICK TORRES, | |
| Defendants. / | |

Defendant filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 16, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the June 23, 2011 pretrial conference and the August 8, 2011 jury trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   June 17, 2011**                              /s/ Lawrence J. O'Neill
                                                                         UNITED STATES DISTRICT JUDGE

1