**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD GATHENJI, | CASE NO. CV-F-08-1941 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS AND CLOSE** |
| vs. | |
| AUTOZONERS, LLC, et. al., | |
| Defendants. / | |

On August 17, 2011, the parties filed a stipulation of voluntary dismissal in the above-titled action. Pursuant to Fed. R. Civ. P. 41(a), this action is DISMISSED. All dates are VACATED. The clerk is directed to CLOSE to action.

IT IS SO ORDERED.

**Dated:** **August 18, 2011**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1